IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
      Plaintiffs, ) No. CR-07-21-AWI
)
vs. ) ORDER OF RELEASE
)
GILBERTO GARCIA, )
)
      Defendant. )
_____)

    The indictment against the above-named defendant having been dismissed on December 17, 2007 by the court on motion of the U.S. Attorney,

    IT IS HEREBY ORDERED that the defendant shall be released forthwith.

DATED: 12-18-07

                                  ANTHONY W. ISHII
                                  U.S. District Judge

9/26/96 exonbnd.frm