1  McGREGOR W. SCOTT
   United States Attorney
2  DAWRENCE W. RICE, JR.
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )    1:07-cr-00021 AWI
                                   )
12              Plaintiff,         )    GOVERNMENT'S MOTION FOR
                                   )    DISMISSAL OF INDICTMENT, AND
13      v.                         )    ORDER THEREON.
                                   )
14  GILBERTO GARCIA,               )
                                   )
15                                 )
                Defendant.         )
16  _____)

17

18      Pursuant to Rule 48(a) of the Federal Rules of Criminal

19  Procedure, the government moves to dismiss the Indictment against

20  only the above-named defendant in the interest of justice.

21  DATED: December 17, 2007            Respectfully submitted,

22                                      McGREGOR W. SCOTT
                                        United States Attorney
23
                                        By/s/Dawrence W. Rice, Jr.
24                                        DAWRENCE W. RICE, JR.
                                        Assistant U.S. Attorney
25  ///

26  ///

27  ///

28  ///

                                   1

1

**ORDER**

2          IT IS ORDERED that the Indictment in 1:07-cr-00021 AWI

3    against only the above-named defendant is dismissed in the

4    interest of justice.

5

6    IT IS SO ORDERED.

7    **Dated:    January 2, 2008**                    **/s/ Anthony W. Ishii**
                                         UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28